IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES T. WINSTON, AIS # 303484, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0502-CG-N |
| | ) |
| ANTHONY BROWN, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 21st day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE